UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS JAMES KISTLER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 5:24-CV-05037-CCT<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

Plaintiff Francis James Kistler filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Docket 1. The United States moved to dismiss. Docket 20. This Court entered an order granting the United States' motion to dismiss. Docket 27. Kistler now files a notice of appeal, Docket 29, and moves for a certificate of appealability, Docket 30.

When a district court denies a petitioner's § 2255 motion, the petitioner must first obtain a certificate of appealability before an appeal of that denial may be entertained. *Miller-El v. Coekrell,* 537 U.S. 322, 335-36 (2003). This certificate may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A "substantial showing" is one that proves "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Stated differently, "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could

resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).

The Court finds that Kistler did not make a substantial showing of the denial of a constitutional right. In addition, reasonable jurists would not find this Court's rejection of Kistler's motion wrong or debatable. For the reasons set forth above and as more fully set forth in this Court's order granting motion to dismiss (Docket 27), a certificate of appealability will not issue. Thus, it is

ORDERED that Plaintiff's motion for a certificate of appealability, Docket 30, is denied.

Dated September 23, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE